
RECEIVED
IN MONROE, LA
MAR 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| MARVIN EDWARD WARE | CIVIL ACTION NO. 06-2189 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH DETENTION CENTER | MAG. JUDGE KAREN L. HAYES |

### MEMORANDUM ORDER

Before the Court is a Motion for Default in [sic] Judgment [Doc. No. 15] filed by Plaintiff Marvin Edward Ware.

A Report and Recommendation recommending that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted is currently pending before the Court [Doc. No. 6]. Additionally, the Court recently granted Plaintiff leave of Court to amend his complaint and add defendants by April 6, 2007 [Doc. No. 13]. Under the Court's discretion pursuant to Federal Rule of Civil Procedure 55(a), the Court finds that a default judgment is not warranted at this time.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default in [sic] Judgment [Doc. No. 15] is DENIED.

MONROE, LOUISIANA this 23 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE