RECEIVED
IN MONROE, LA

OCT 23 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MARVIN EDWARD WARE | * | CIVIL ACTION NO. 06-02189<br>Section P |
| Versus | | |
| | * | JUDGE JAMES |
| MOREHOUSE PARISH DETENTION<br>CENTER, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment (Doc. #88) is hereby **GRANTED**, and the claims against Defendant Morehouse Parish Police Jury are dismissed with prejudice.

THUS DONE AND SIGNED this 23 day of October, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION