RECEIVED
IN MONROE, LA
DEC 19 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARVIN EDWARD WARE | CIVIL ACTION NO. 06-2189 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 119], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 105] is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED IN PART with respect to Plaintiff Marvin Edward Ware's ("Ware") claim against Defendant Warden I. Brown, and Ware's claim against him is DISMISSED WITH PREJUDICE. The Motion is DENIED IN PART with respect to Ware's claims against the remaining defendants.

MONROE, LOUISIANA this 19 day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE